■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JON SUMPTER, Appellant. [756 NYS2d 741] —Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered July 12, 2000, convicting defendant, upon his plea of guilty, of six counts of robbery in the first degree, and sentencing him to six concurrent terms of 17 years, unanimously affirmed.

The record establishes that defendant entered his guilty plea knowingly, voluntarily and intelligently. We conclude that the claimed deficiency in defendant's factual allocution does not cast significant doubt on his guilt or on the voluntariness of his plea. The fact that the allocution suggested a potential affirmative defense does not require a different result. Therefore, the exception to the preservation requirement is not applicable (see People v Toxey, 86 NY2d 725 [1995]), and we decline to review defendant's unpreserved claim in the interest of justice. Were we to review this claim, we would find no basis for reversal.

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Mazzarelli, Andrias, Rosenberger and Williams, JJ.

■ In the Matter of FARID AKBAR, Petitioner, v NEW YORK CITY TAXI & LIMOUSINE COMMISSION, Respondent. [756 NYS2d 741] —Determination of respondent New York City Taxi & Limousine Commission (TLC), dated December 4, 2001, inter alia, revoking petitioner's taxi driver's license, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Richard Braun, J.], entered May 7, 2002), dismissed, without costs.

Respondent's determination revoking petitioner's license upon findings that petitioner offered a bribe to a TLC taxi dispatcher, committed an act that was against the best interests of the public, and crashed an airport taxi line is supported by substantial evidence (see Matter of Pell v Board of Educ., 34 NY2d 222, 233 [1974]).

We have considered petitioner's remaining contentions and find them to be without merit. Concur—Tom, J.P., Mazzarelli, Andrias, Rosenberger and Williams, JJ.